UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVITAZ, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>SHOPKICK, INC.,<br><br>        Defendant. | Case No. 14-cv-05077-WHO<br><br>**SECOND SUPPLEMENTAL PROTECTIVE ORDER REGARDING SOURCE CODE** |

This Second Supplemental Protective Order Regarding Source Code supplements the Supplemental Protective Order Regarding Source Code filed by the parties at docket number 71 on October 20, 2014 to include the following provision:

    h.    Use or possession of any input/output device, electronic devices, recordable media or recordable devices, including without limitation laptops, tablet devices, sound recorders, computers, cellular telephones, peripheral equipment, cameras of any kind, CDs, DVDs, or drives of any kind, is prohibited while accessing the computer containing the Source Code.  All persons entering the locked room containing the Source Code must agree to submit to reasonable security measures to ensure that they are not carrying any prohibited items before they will be given access to the locked room.  The Producing Party may visually monitor the activities of the Receiving Party's representatives during any source code review, but only to ensure that there is no unauthorized recording, copying, or transmission of the source code.

    **IT IS SO ORDERED**.

Dated: March 18, 2015



WILLIAM H. ORRICK
United States District Judge