UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NOVITAZ, INC.,

    Plaintiff,

    v.

SHOPKICK, INC.,

    Defendant.

Case No. 14-cv-05077-WHO

**ORDER REGARDING JOINT DISCOVERY LETTER**

Re: Dkt. No. 134

On June 19, 2015, the parties filed a joint letter regarding a dispute over defendant's responses to plaintiff's requests for production, in particular plaintiff's Request for Production No. 23. Dkt. No. 34. It is apparent from the letter and the attached email correspondence that the parties suffer from an inability to communicate. They have not met and conferred, other than with respect to Request No. 23, which is overbroad.

Both parties bear responsibility for this dispute. Three months is too long to wait for a meaningful response to a document request – defendant should have produced those documents that it can discern are reasonably sought by plaintiff's requests. And plaintiff has the obligation to articulate why its requests seek relevant information and to narrow them when appropriate (as with Request No. 23).

Accordingly, I ORDER that **lead trial counsel** for each party appear in Courtroom 2 on the 17th floor at 450 Golden Gate Avenue, San Francisco, California at 9 am on Tuesday, June 30, 2015. They should plan to spend that day meeting to resolve all existing discovery disputes. I further ORDER that **lead trial counsel** schedule and hold a telephone conference this week of at least three hours in length to identify and attempt to resolve their disagreements. If they succeed in doing so, they shall notify Ms. Davis, my Courtroom Deputy, that their discovery dispute is

resolved.

**IT IS SO ORDERED**.

Dated: June 23, 2015



WILLIAM H. ORRICK
United States District Judge