WOODROW H. POLLACK, *admitted pro hac vice*
Florida Bar No.: 26802
Kristin L. Shusko, *admitted pro hac vice*
Florida Bar No.: 85400
GRAY ROBINSON, P.A.
401 E. Jackson Street, Suite 2700
Tampa, FL 33602
(813) 273-5000
(813) 273-5145 (facsimile)
woodrow.pollack@gray-robinson.com
kristin.shusko@gray-robinson.com

SCOTT D. GATTEY (SBN 180875)
GATTEY LAW OFFICE
1001 Laurel Street, Suite C
San Carlos, CA 94070
(650) 596-7123 (direct)
(877) 269-4437 (facsimile)
scott@gatteylaw.com

*Attorneys for NOVITAZ, INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NOVITAZ, INC.,<br><br>　　　　Plaintiff and<br>　　　　Counterclaim-Defendant,<br><br>　v.<br><br>SHOPKICK, INC.,<br><br>　　　　Defendant and<br>　　　　Counterclaimant. | Case No. 3:14-cv-05077 WHO<br><br>**ORDER RESETTING<br>DISCOVERY HEARING DATE**<br><br>Date:　　　July 1. 2015<br>Time:　　　9:00 a.m.<br>Location:　Courtroom 2<br>Judge:　　Hon. William H. Orrick |

Having considered the Stipulation for Administrative Relief and the declaration associated therewith, and good cause appearing, the Court hereby reschedules the hearing on the parties' Joint Discovery Letter from June 30, 2015 to July 1, 2015.

Dated: June 26, 2015

_____
HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

- 1 -

ORDER RESETTING DISCOVERY
HEARING DATE