WOODROW H. POLLACK, *admitted pro hac vice*
Florida Bar No.: 26802
Kristin L. Shusko, *admitted pro hac vice*
Florida Bar No.: 85400
GRAY ROBINSON, P.A.
401 E. Jackson Street, Suite 2700
Tampa, FL 33602
(813) 273-5000
(813) 273-5145 (facsimile)
woodrow.pollack@gray-robinson.com
kristin.shusko@gray-robinson.com

SCOTT D. GATTEY (SBN 180875)
GATTEY LAW OFFICE
1001 Laurel Street, Suite C
San Carlos, CA 94070
(650) 596-7123 (direct)
(877) 269-4437 (facsimile)
scott@gatteylaw.com

*Attorneys for NOVITAZ, INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NOVITAZ, INC., <br><br>　　　　Plaintiff and <br>　　　　Counterclaim-Defendant, <br><br>　v. <br><br>SHOPKICK, INC., <br><br>　　　　Defendant and <br>　　　　Counterclaimant. | Case No. 3:14-cv-05077 WHO <br><br>**ORDER CANCELLING JULY 1, 2015 DISCOVERY HEARING** <br><br>Date:　　　July 1, 2015 <br>Time:　　　9:00 a.m. <br>Location:　Courtroom 2 <br>Judge:　　　Hon. William H. Orrick |

PURSUANT TO STIPULATION, IT IS SO ORDERED the discovery hearing scheduled for July 1, 2105 at 9:00 a.m. is hereby CANCELLED.

Dated: June 29, 2015

_____
HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE