DIANA RUTOWSKI (CA Bar No. 233878)
drutowski@orrick.com
GEORGE KANABE (CA Bar No. 284779)
gkanabe@orrick.com
ANDREW S. ONG (CA Bar No. 267889)
aong@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

Attorneys for Defendant and Counterclaimant,
SHOPKICK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NOVITAZ, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHOPKICK, INC., <br><br> Defendant. | Case No. 3:14-cv-05077 WHO <br><br> **STIPULATION PURSUANT TO L.R. 6-1(B) AND ORDER TO MODIFY CASE SCHEDULE** |

Pursuant to Local Rule 6-1(b), Plaintiff Novitaz, Inc. and Defendant shopkick, Inc., by and through the undersigned counsel, hereby stipulate and agree to the following proposed modifications to the current Case Schedule (*see* Dkt. No. 145):

| Event | Current Date | Modified Date |
|---|---|---|
| Patent L.R. 4-3 Joint Claim Construction and Prehearing Statement | September 24, 2015 | [unchanged] |
| Patent L.R. 4-4 Close of Claim Construction Discovery [other than claim construction depositions listed below] | October 8, 2015 | [unchanged] |
| Patent L.R. 4-5(a) Opening Claim Construction Brief | October 29, 2015 | [unchanged] |
| Deadline for shopkick to conduct claim construction deposition of Jayant Ramchandani | [none] | November 12, 2015 |
| Patent L.R. 4-5(b) Responsive Claim Construction Brief | December 7, 2015 | [unchanged] |
| Deadline for Novitaz to conduct claim construction depositions of Walter Overby and Marc Prioleau | [none] | December 14, 2015 |
| Patent L.R. 4-5(c) Reply Claim Construction Brief | December 21, 2015 | [unchanged] |
| Claim Construction Tutorial | January 22, 2016 at 10 a.m. in Courtroom 12 | [unchanged] |
| Claim Construction Hearing | January 29, 2016 at 10 a.m. in Courtroom 12 | [unchanged] |
| Fact discovery cut-off | 90 days after issuance of claim construction ruling | [unchanged] |
| Initial expert disclosures/reports (on issue where the party bears the burden of proof) | 120 days after issuance of claim construction ruling | [unchanged] |
| Rebuttal expert reports | 165 days after issuance of claim construction ruling | [unchanged] |
| Close of expert discovery | 195 days after issuance of claim construction ruling | [unchanged] |
| Deadline for dispositive motions | 225 days after issuance of claim construction ruling | [unchanged] |
| Hearing on dispositive motions | Subject to the Court's convenience, ten months after issuance of claim construction ruling | [unchanged] |
| Final pretrial conference | Subject to the Court's convenience, twelve months after issuance of claim construction ruling | [unchanged] |
| Trial | Subject to the Court's convenience, thirteen | [unchanged] |

| Event | Current Date | Modified Date |
|---|---|---|
| | months after issuance of claim construction ruling | |

The proposed modifications merely extend the Patent Local Rule 4-4 claim construction discovery deadline with respect to three claim construction depositions.

This modification of the schedule will not alter any other dates currently set by the Court's case scheduling order.

**IT IS SO STIPULATED**.

Dated: September 24, 2015        GRAY ROBINSON, P.A.
                                 GATTEY LAW OFFICE


                                 By:        */s/ Woodrow H. Pollack*
                                            WOODROW H. POLLACK

                                 Attorney for Plaintiff and Counter-Defendant
                                                NOVITAZ, INC.


Dated: September 24, 2015        ORRICK, HERRINGTON & SUTCLIFFE LLP


                                 By:        */s/ Diana Rutowski*
                                            DIANA RUTOWSKI

                                 Attorney for Defendant and Counterclaimant
                                                SHOPKICK, INC.


**IT IS SO ORDERED**.

Dated: September 28, 2015        _____
                                 Honorable William H. Orrick
                                 United States District Judge