| | |
|---|---|
| 1 | NAGENDRA SETTY (WA Bar No. 49329) |
| 2 | *Admitted pro hac vice*<br>nsetty@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>701 Fifth Avenue, Suite 5600 |
| 4 | Seattle, Washington 98104<br>Telephone: (206) 839-4300 |
| 5 | Facsimile: (206) 839-4301 |
| 6 | DIANA RUTOWSKI (CA Bar No. 233878)<br>drutowski@orrick.com |
| 7 | GEORGE KANABE (CA Bar No. 284779)<br>gkanabe@orrick.com |
| 8 | ANDREW S. ONG (CA Bar No. 267889)<br>aong@orrick.com |
| 9 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road |
| 10 | Menlo Park, California  94025<br>Telephone: (650) 614-7400 |
| 11 | Facsimile: (650) 614-7401 |
| 12 | Attorneys for Defendant and Counterclaimant,<br>SHOPKICK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NOVITAZ, INC., | Case No. 3:14-cv-05077 WHO |
| Plaintiff, | **STIPULATION PURSUANT TO L.R. 6-1(B) AND ORDER TO STAY CASE SCHEDULE PENDING SETTLEMENT** |
| v. | |
| SHOPKICK, INC., | |
| Defendant. | |

Pursuant to Local Rule 6-1(b), Plaintiff Novitaz, Inc. and Defendant shopkick, Inc., by and through the undersigned counsel, hereby stipulate and agree to stay, with the Court's permission, all deadlines set forth in the current Case Schedule (*see* Dkt. No. 155).

The parties respectfully submit that good cause exists for the requested stay as they have reached an agreement in principle to settle the case and are currently negotiating a final settlement of this matter.

The stay shall remain in effect until December 28, 2015.  If the case has not been resolved, the parties shall provide the Court with a joint status report and a proposed case schedule moving forward on December 28, 2015.

**IT IS SO STIPULATED**.

Dated: December 9, 2015

GRAY ROBINSON, P.A.
GATTEY LAW OFFICE

By: _____/s/ Woodrow H. Pollack_____
WOODROW H. POLLACK

Attorney for Plaintiff and Counter-Defendant
NOVITAZ, INC.

Dated: December 10, 2015

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____/s/ Diana Rutowski_____
DIANA RUTOWSKI

Attorney for Defendant and Counterclaimant
SHOPKICK, INC.

**IT IS SO ORDERED**.

Dated: December 10, 2015

_____
Honorable William H. Orrick
United States District Judge