**GRAYROBINSON, P.A.**
Woodrow H. Pollack (Florida Bar No. 26802)
*Admitted pro hac vice*
Kristin Shusko (Florida Bar No. 85400)
*Admitted pro hac vice*
401 E. Jackson Street, Suite 2700
Tampa, FL 33602
Telephone:    (813) 273-5000
Facsimile:    (813) 273-5145
woodrow.pollack@gray-robinson.com
kristin.shusko@gray-robinson.com

**GATTEY LAW**
Scott Gattey (180875)
1001 Laurel Street, Suite C
San Carlos, CA 94070
Telephone:    (650) 596-7123
Facsimile:    (877) 269-4437
scott@gatteylaw.com
*Attorneys for Plaintiff*
*NOVITAZ, INC.*

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
NAGENDRA SETTY (WA Bar No. 49329)
*Admitted pro hac vice*
nsetty@orrick.com
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104
Telephone: (206) 839-4300
Facsimile: (206) 839-4301

DIANA RUTOWSKI (CA Bar No. 233878)
drutowski@orrick.com
GEORGE KANABE (CA Bar No. 284779)
gkanabe@orrick.com
ANDREW S. ONG (CA Bar No. 267889)
aong@orrick.com
1000 Marsh Road
Menlo Park, California  94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401
*Attorneys for Defendant*
*SHOPKICK, INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **NOVITAZ, INC.,**<br>            Plaintiff,<br><br>    v.<br><br>**SHOPKICK, INC.,**<br>            Defendant. | CASE NO.  3:14-cv-05077-WHO<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), 54(b), L.R. 7-12, and 77-2, Plaintiff Novitaz, Inc. ("Novitaz") and Defendant and Counterclaimant, shopkick, Inc. ("shopkick"), by and through their respective counsel, hereby stipulate to the dismissal with prejudice of all of Novitaz's claims against shopkick, and to the dismissal without prejudice of all of shopkick's counterclaims against Novitaz.  Each party will bear its own costs and attorneys' fees.

Dated: December 21, 2015 /s/ *Woodrow H. Pollack*

Woodrow H. Pollack, admitted pro hac vice
Florida Bar No.: 026802
Kristin L. Shusko, admitted pro hac vice
Florida Bar No.: 85400
GRAY ROBINSON, P.A.
401 E. Jackson Street, Suite 2700
Tampa, FL 33602
(813) 273-5000
(813) 273-5145 (facsimile)
woodrow.pollack@gray-robinson.com
kristin.shusko@gray-robinson.com

Scott D. Gattey (SBN 180875)
GATTEY LAW OFFICE
1001 Laurel Street, Suite C
San Carlos, CA 94070
(650) 596-7123 (direct)
(877) 269-4437 (facsimile)
scott@gatteylaw.com

Counsel for Plaintiff, Novitaz, Inc.

Dated: December 21, 2015 /s/ *Nagendra Setty*

Nagendra Setty, admitted pro hac vice
nsetty@orrick.com
Orrick, Herrington & Sutcliffe LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104
Telephone: (206) 839-4300
Facsimile: (206) 839-4301

Diana Rutowski (CA Bar No. 233878)
drutowski@orrick.com
George Kanabe (CA Bar No. 284779)
gkanabe@orrick.com
Andrew Ong (CA Bar No. 267889)
aong@orrick.com
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

Counsel for Defendant, Shopkick, Inc.

-2- STIPULATION OF DISMISSAL
CASE NO. 3:14-cv-05077-WHO

**IT IS SO ORDERED**.

Dated: December __22__, 2015



Honorable William H. Orrick
United States District Judge

## FILER'S ATTESTATION

I, Woodrow Pollack, am the ECF User whose ID and password are being used to file this STIPULATION OF DISMISSAL.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that counsel whose e-signature appears on the foregoing pages have concurred with this filing.

/s/ *Woodrow H. Pollack*
Woodrow Pollack

-3-   STIPULATION OF DISMISSAL
CASE NO.  3:14-cv-05077-WHO